BEFORE THE THIRD DIVISION, JULY 9, 1962

No. 66889.—United China & Glass Co. v. United States, protests 60/25026 and 60/25033 (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise marked "A" consists of decorative after-dinner cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), and the merchandise marked "M" consists of miniature china

articles in the shape of cups and saucers the same in all material respects as those the subject of Abstracts 46139 and 66339, the claim of the plaintiff was sustained.